IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-16 |
| ALEKSANDRA RADOMIAK, | : | |
| a/k/a "Ola" | : | |

## ORDER

**AND NOW**, this 7th day of August, 2025, upon review of Defendant Aleksandra Radomiak's Motion to Dismiss RICO Conspiracy Count One (ECF No. 392) and the Government's response in opposition, and after hearing oral argument, **IT IS HEREBY ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.